JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI ADAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBRATED HEALTHCARE SYSTEMS, LLC and CALIBRATED HEALTHCARE, LLC,<br><br>Defendants. | Case No. 8:24-cv-01754-JWH-KESx<br>Case No. 5:24-cv-01946-JWH-KESx<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' STEERING COMMITTEE** |
| TREVOR HOLDEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBRATED HEALTHCARE LLC,<br><br>Defendant. | |

Before the Court is the unopposed motion of Plaintiffs Brandi Adams and Trevor Holden to consolidate their cases and to appoint interim co-lead counsel.[1] After the Motion was filed, the Court issued orders to show cause why the cases should not be consolidated;[2] in response, all parties confirmed that none of them opposes consolidation of these two actions.[3]

Having considered the papers, arguments, and all other matters presented to the Court, the Court hereby **ORDERS** as follows:

1. Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel and Plaintiffs' Steering Committee is **GRANTED**. The Orders to Show Cause are **DISCHARGED**.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Lead Case—Case No. 8:24-cv-01754—and the Second Case—Case No. 5:24-cv-01946—are **CONSOLIDATED** under the Lead Case.

3. The parties are **DIRECTED** to make all future filings on the docket of only the Lead Case.

4. The Clerk is **DIRECTED** to close the Second Case administratively.

5. Any party may move at any time to sever the Second Case from the Lead Case, for good cause shown.

6. Attorney Daniel S. Robinson of Robinson Calcagnie, Inc. and attorney Todd S. Garber of Finkelstein, Blankinship, Frei-Pearson & Garber,

---

[1] Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel and Steering Committee (the "Motion") [ECF No. 29 in Case No. 8:24-cv-01754 (the "Lead Case")].

[2] *See* Order to Show Cause Re: Consolidation [ECF No. 32 in the Lead Case]; Order to Show Case Re: Consolidation [ECF No. 12 in Case No. 5:24-cv-01946 (the "Second Case")].

[3] *See* Defs.' Response to Order to Show Cause [ECF No. 33 in the Lead Case]; Pl. Trevor Holden's Response [ECF No. 13 in the Second Case].

LLP are **APPOINTED** Interim Co-Lead Counsel for Plaintiffs, pursuant to Rule 23(g).

7. Attorney Robinson and attorney Garber are **APPOINTED** as members of Plaintiffs' Steering Committee.

8. Plaintiffs are **DIRECTED** to file a consolidated complaint no later than January 10, 2025. Defendants are **DIRECTED** to file their respective responsive pleading(s) no later than February 7, 2025.

**IT IS SO ORDERED.**

Dated: December 27, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE